# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA VALENTINE, et al., <br><br> Plaintiff, <br><br> v. <br><br> GRANVILLE REALTY, INC., et al., <br><br> Defendants. | Case No.: 1:25-cv-00844 JLT SAB <br><br> ORDER DISQUALIFYING DISTRICT JUDGE AND REASSIGNING CASE <br><br> Old Case Number: 1:25-cv-00844 JLT SAB <br> New Case Number: 1:25-cv-00844 KES SAB |

Good cause appearing, the assigned District Judge disqualifies herself from all proceedings in this action. The Clerk of the Court SHALL reassign this action to the docket of the Honorable Kirk E. Sherriff. The new case number is 1:25-cv-00844 KES SAB. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated: **July 16, 2025**

UNITED STATES DISTRICT JUDGE